■ HARRIET RUGGIANO, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— In an action by defendant's former employee to recover damages for unlawful discharge, plaintiff appeals, by permission granted by order of this court dated May 18, 1973, from an order of the Appellate Term of the Supreme Court, Second and Eleventh Judicial Districts, dated October 26, 1972, which affirmed a judgment of the Civil Court of the City of New York, Kings County, entered February 1, 1972, in favor of defendant after a nonjury trial. Appeal dismissed, without costs; the above-mentioned order dated May 18, 1973 is vacated; and plaintiff's motion for leave to appeal is denied. The motion in the Appellate Term for leave to appeal to this court was not timely made (Rules of the Appellate Term, Second and Eleventh Judicial Districts, § 731.11, subd. [b]; 22 NYCRR 731.11 [b]; CPLR 5513, subd. [c]). Therefore, we have no power to hear the appeal (cf. *Stoddard* v. *City of New York*, 12 N Y 2d 792; *Chemical Bank* v. *Padilla*, 41 A D 2d 814). Munder, Acting P. J., Martuscello, Latham, Gulotta and Benjamin, JJ., concur.

■ RUSSGOOD CONSTRUCTION CO. INC. et al., Respondents, v. CITY OF NEW YORK, Acting for the New York City Transit Authority, Appellant.— In an action to recover a balance owing on a contract, defendant appeals from an order of the Supreme Court, Kings County, entered January 10, 1973, which resettled a judgment of said court in favor of plaintiffs, upon the granting of their motion for summary judgment. Order reversed, without costs; original judgment vacated; plaintiffs' motion for summary judgment denied; and defendant's motion for resettlement dismissed as academic. In our opinion, there are issues of fact in this case, arising out of the construction of the contract here involved, and therefore the granting of summary judgment is precluded. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ ROSE RUSSO et al., Appellants, v. NANCY J. WEISBECKER, as Executrix of URSULA A. LISSNER, Deceased, Respondent.— In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County, dated December 18, 1972, as, upon reconsideration, denied their motion for a general preference. Order affirmed insofar as appealed from, with $20 costs and disbursements. In our opinion, the nature and extent of the plaintiffs' disabilities do not reasonably warrant an evaluation in excess of the monetary jurisdiction of the Civil Court of the City of New York. Accordingly, a general preference was properly denied. Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.